**Affirmed and Opinion Filed June 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00778-CR**

**ANTONIO ANTHONY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F21-60313**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

A jury convicted Antonio Anthony of aggravated assault with a deadly weapon. Appellant's court-appointed appellate attorney filed a brief in which he concluded the appeal is wholly frivolous and without merit as well as a motion to withdraw as appointed counsel.

When an appellate court receives an *Anders* brief asserting no arguable grounds for appeal exist, we must determine that issue independently by conducting our own review of the record. *See Anders v. California*, 386 U.S. 738, 744 (1967) (emphasizing court, and not appointed counsel, determines whether case is

"frivolous" after full examination of proceedings); *Stafford v. State*, 813 S.W.2d 503, 510–11 (Tex. Crim. App. 1991) (quoting *Anders*). If we conclude, after conducting an independent review, that "appellate counsel has exercised professional diligence in assaying the record for error" and agree the appeal is frivolous, we should grant counsel's motion to withdraw and affirm the trial court's judgment. *Crowe v. State*, 595 S.W.3d 317, 319 (Tex. App.—Dallas 2020, no pet.) (quoting *Meza v. State*, 206 S.W.3d 684, 689 (Tex. Crim. App. 2006)).

The brief before us meets the requirements of *Anders*. It presents a professional evaluation of the record showing why, in effect, there were no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978). Appellant was provided a complete record and advised of his rights to file a pro se response; he did not file a response. We also have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal. We grant counsel's motion to withdraw and affirm the trial court's judgment.

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

220778f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTONIO ANTHONY, Appellant

No. 05-22-00778-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F21-60313.
Opinion delivered by Justice Nowell. Justices Goldstein and Breedlove participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 13th day of June, 2023.